UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FABIAN ALEJANDRO FLORES SANDINO,<br><br>Petitioner,<br><br>v.<br><br>WARDEN MESA PROCESSING CENTER, et al.,<br><br>Respondents. | No. 1:26-cv-00714-DJC-EFB (HC)<br><br>ORDER |

Petitioner is an immigration detainee proceeding with this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The court has granted a preliminary injunction ordering petitioner's release from immigration detention. ECF No. 10.

Respondents have filed a motion to dismiss and an answer to the petition. ECF No. 9. IT IS HEREBY ORDERED that, within 14 days of the date of this order, petitioner shall file an opposition to the motion and reply to respondents' answer.

DATED: February 9, 2026

/s/ Edmund F. Brennan
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1