UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FABIAN ALEJANDRO FLORES SANDINO, A-220-355-946,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, MESA VERDE PROCESSING CENTER, et al.,<br><br>Respondents. | No. 1:26-cv-00714-DC-EFB<br><br><u>FINDINGS AND RECOMMENDATIONS (ECF Nos. 1, 9)</u> |

Petitioner is a noncitizen alien who was formerly detained in an immigration detention facility, who has brought a petition for writ of habeas corpus under 28 U.S.C. § 2241. ECF No. 1. As discussed below, petitioner was ordered released in a preliminary injunction order entered in this matter earlier this year. Pending before the court is the petition, ECF No. 1, and respondents' motion to dismiss, ECF No. 9, which have been referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. ECF No. 13. For the reasons set forth below, the undersigned recommends the petition be granted and respondents' motion be denied.

## BACKGROUND

### A. Factual Background

In his verified petition for writ of habeas corpus, petitioner alleges he is a native and citizen of Nicaragua, who entered the United States in October 2021. ECF No. 1 ¶ 22. At that time, he was detained by the Department of Homeland Security (DHS), then released on parole in

November 2021. *Id.* ¶¶ 22, 35. He has since filed an application for asylum, while DHS has pursued removal proceedings which are pending. *Id.* ¶ 38. On October 7, 2025, Immigration and Customs Enforcement officers arrested petitioner, without providing him notice, an opportunity to contest his detention, nor any form of predetention hearing. *Id.* ¶¶ 2-3.

In their response to the petition, respondents do not contest any of the factual representations petitioner made in the petition. ECF No. 9.

**B. Procedural Background**

Petitioner initiated this proceeding with a verified petition for writ of habeas corpus on January 27, 2026. ECF No. 1. The following day, petitioner moved for a temporary restraining order. ECF No. 7. On January 29, 2026, the district court ordered respondents to "substantively address whether any provision of law or fact in this case would distinguish it from this court's decisions in *Selis Tinoco v. Noem, et al.,* 1:25-cv-01762-DC-JDP, 2025 WL 3567862 (E.D. Cal. Dec. 14, 2025), *D.L.C. v. Wofford, et al.,* 1:25-cv-01996-DC-JDP, 2026 WL 25511 (E.D. Cal. Jan. 5, 2026), and other similar cases previously decided by this court, or indicate that the matter is not substantively distinguishable." ECF No. 8. In response, on February 2, 2026, respondents filed a brief captioned as a motion to dismiss the petition, response to the petition, opposition to a preliminary injunction and opposition to a temporary restraining order. ECF No. 9. The same day, the district judge granted the motion for temporary restraining order for the reasons set forth in *D.L.C.,* 1:25-cv-01996-DC-JDP; ordered respondents to release petitioner from their custody; enjoined respondents from redetaining petitioner without certain protections; and issued a preliminary injunction on the same terms. ECF No. 10. By the same order, the court referred the case to the undersigned. *Id.* On February 9, 2026, the undersigned directed petitioner to file any opposition to respondents' motion to dismiss or reply to respondents' answer by February 23, 2026. ECF No. 11. Petitioner has filed no additional pleadings, and therefore the Court deems the matter submitted on the parties' briefing.

////

////

////

**DISCUSSION**

For the reasons set forth in the Court's minute order granting the motion for temporary restraining order and issuing a preliminary injunction, which the undersigned adopts and incorporates as if separately set forth herein, it is recommended that petitioner's § 2241 application be granted on the first claim of his petition, that his re-detention without a custody hearing violated his rights to procedural due process under the Fifth Amendment. *See D.L.C. v. Wofford, et al.*, 1:25-cv-01996-DC-JDP, 2026 WL 25511 (E.D. Cal. Jan. 5, 2026); *see also Tinoco v. Noem*, 818 F. Supp. 3d 1141 (E.D. Cal. 2025). For the same reasons, the undersigned recommends respondents' motion to dismiss (ECF No. 9) be denied.

Accordingly, IT IS HEREBY RECOMMENDED that:

1. Petitioner's application for a writ of habeas corpus (ECF No. 1) be granted on his first claim for relief.

2. The preliminary injunctive relief previously granted be made permanent.

3. Respondents' motion to dismiss (ECF No. 9) be denied.

4. The Clerk of Court be directed to close the case.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within seven (7) days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

Dated: September 14, 2026

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE